**FILED**

02/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0015

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0015

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                                  O R D E R

WILLIAM LOWREY HESSE,

Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on February 24, 2022, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

Rule 11(6)(b)(iii) requires the cover of the brief to include the venue of the tribunal from which the appeal is taken. The instant case originated from the Twentieth Judicial District Court, Lake County. Appellant's brief mistakenly lists the Fourth Judicial District Court, Missoula County as the originating court.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
February 24 2022